IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-01730-GPG-STV

JACOB HIRNING, an individual,

    PLAINTIFF,

v.

MN ENTERPRISE, LLC, a limited liability company,

    DEFENDANT.

___

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
___

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jacob Hirning, by and through Counsel, hereby gives notice that this action is voluntarily dismissed. Defendant MN ENTERPRISE, LLC has not served an answer or motion for summary judgment in this action. Defendant has entered into an agreement with Plaintiff. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B), costs taxed as paid.

Respectfully submitted this 31st day of July 2023.

    By: */s/ Dean C. Ferraro*
    Dean C. Ferraro, Esq.
    Colorado State Bar No.: 48625
    **Ferraro Law Firm, PLLC**
    *Attorneys for Plaintiff*
    834-F S. Perry Street #1334
    Castle Rock, CO 80104
    Telephone: (303) 586-4279

Email: dean@attorneycastlerock.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2023, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** with the Clerk of Court using the CM/ECF system, which I have sent (mail and email respectively) notification of such filing to the following mail and e-mail addresses:

MN ENTERPRISE, LLC
C/O MARK M NAMEH
470 E 134TH AVE
THORNTON, CO 80241
Email: markn470@gmail.com
DEFENDANT, PRO SE

By: */s/ Dean C. Ferraro*
Dean C. Ferraro, Esq.
Colorado State Bar No.: 48625
**Ferraro Law Firm, PLLC**
*Attorneys for Plaintiff*
834-F S. Perry Street #1334
Castle Rock, CO 80104
Telephone: (303) 586-4279
Email: dean@attorneycastlerock.com

2